IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE COLLINS,<br><br>    Plaintiff,<br><br>   vs.<br><br>MCDONALD'S LAKE BLVD., et al.,<br><br>    Defendants.<br>_____/ | No. CIV.S. 05-1730 LKK GGH<br><br><u>ORDER TO SHOW CAUSE</u> |

The parties were directed to file, within 20 days of this court's November 16, 2005 order, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and defendants failed to return the form. Accordingly, within 10 days from the date this order is filed, defendants are directed to SHOW CAUSE why the form was not timely filed.

Dated: 5/5/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Collins1730.con.wpd

Collins1730.con.wpd