UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOYCE COLLINS,

          Plaintiff,

   v.

McDONALD'S LAKE BLVD., et al.,

          Defendants.

                                     /

NO. CIV. S-05-1730 LKK/GGH

O R D E R

Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. <u>See</u> 28 U.S.C. § 636(c).  According to Local Rule 72-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

////

1

1     IT IS ORDERED that any hearing dates currently set before the
2 undersigned are **VACATED.**
3     IT IS FURTHER ORDERED that the Clerk of the Court reassign
4 this case to the Honorable Gregory G. Hollows.  All future
5 documents filed in the above-captioned case shall reference the
6 following case number:  No. CIV. S-05-1730 GGH.
7     DATED: May 12, 2006

8     /s/Lawrence K. Karlton
    LAWRENCE K. KARLTON
9     SENIOR JUDGE
    UNITED STATES DISTRICT COURT
10

11     Having also reviewed the file, I accept reference of this case
12 for all further proceedings and entry of final judgment.
13     DATED: 5/12/06     /s/ Gregory G. Hollows
14     GREGORY G. HOLLOWS
    U.S. MAGISTRATE JUDGE
15
16 collins.ord
17
18
19
20
21
22
23
24
25
26

2