IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOYCE COLLINS,

    Plaintiff,

No. CIV.S. 05-1730 GGH

vs.

ORDER

MCDONALD'S LAKE BLVD., et al.,

    Defendants.
_____/

    Due to the rescheduling of the settlement conference from July 6, 2006 to July 31, 2006, the remainder of the case will be continued.  Plaintiff's motion to strike, currently set for hearing on July 20, 2006, and defendants' motion for summary adjudication, set for hearing on July 27, 2006, are both reset for hearing on August 24, 2006, at 10:00 a.m.  The pretrial conference, currently scheduled for October 2, 2006, is continued to November 6, 2006 at 9:00 a.m.  Jury trial, currently set for November 6, 2006, is continued to December 4, 2006 at 10:00 a.m.

Dated: 7/12/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Collins1730.min

Collins1730.min.wpd