Jason K. Singleton, State Bar #166170
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533
lawgroup@sbcglobal.net

Attorney for Plaintiff, JOYCE COLLINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE COLLINS,<br><br>  Plaintiff,<br>v.<br><br>McDONALD'S LAKE BLVD., dba McDONALD'S, DAVID L. McGEORGE, SHIRLEY G. McGEORGE, and DOES ONE through FIFTY, inclusive,<br><br>  Defendants. | Case No. 2:05-CV-01730-GGH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

Plaintiff JOYCE COLLINS, and Defendants McDONALD'S LAKE BLVD., dba McDONALD'S, DAVID L. McGEORGE, SHIRLEY G. McGEORGE (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///
///
///
///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

SINGLETON LAW GROUP

Dated: September 5, 2006

Jason K. Singleton, Attorney for
Plaintiff, JOYCE COLLINS

LAW OFFICES OF JERRERI J. HAMILTON

Dated: September __, 2006

Jefferi J. Hamilton, Attorney for Defendants
McDONALD'S LAKE BLVD., dba
McDONALD'S, DAVID L. McGEORGE,
SHIRLEY G. McGEORGE

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action COLLINS vs McDONALD'S LAKE BLVD., et al., Case Number 2:05-CV-1730 GGH, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: Sept. 20, 2006

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS, JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL   2                              2:05-CV-01730-GGH